PHILLIP A. TALBERT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2720
Facsimile: (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER SUZANNE McKA and JAMES MICHAEL McKA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 2:16-CV-03005 MCE EFB<br><br>**STIPULATION REQUESTING MODIFICATION OF SCHEDULING ORDER; ORDER** |

The parties respectfully request that the Court modify the scheduling order (ECF 3) to extend the discovery cutoff and all subsequent deadlines in this case by one hundred and twenty days. In support of their request, and to show good cause to modify the scheduling order, the parties state the following:

1. Plaintiffs filed their original complaint on December 23, 2016. ECF 1.

2. Plaintiffs filed an amended complaint on May 2, 2017. ECF 6.

3. After being served with the amended complaint in July 2017, the United States timely filed its answer to the amended complaint on September 18, 2017. ECF 9.

4. The Court's scheduling order provides that all discovery, with the exception of expert discovery, shall be completed no later than 365 days from the date the federal case was opened, which is December 26, 2017.

1     5.   The parties have been engaged in discussions in an attempt to determine whether they can reach an early resolution of this case, and those attempts are ongoing.  As a result, the parties have not engaged in any formal discovery to date.

6.   Under the circumstances, with the amended complaint was filed in May 2017, and answered in September 2017, and to allow the parties time to continue to attempt early resolution of this case, the parties believe that good cause exists to modify the scheduling order to extend the discovery cutoff and subsequent dates by 120 days.

7.   The parties request that the Court modify the scheduling order as follows:

|  | Original Date | Amended Date |
| --- | --- | --- |
| Discovery Cutoff | December 26, 2017 | April 27, 2018 |
| Expert Reports Due | February 21, 2018 | August 27, 2018 |
| Supplemental Expert Reports | March 23, 2018 | September 27, 2018 |
| Dispositive Motion Deadline | June 25, 2018 | October 24, 2018 |

As required by the scheduling order, the parties will file a Joint Notice of Trial Readiness not later than thirty days after the Court's rulings on the last filed dispositive motion or, if the parties do not intend to file dispositive motions, not later than thirty days after the designation of supplemental experts.

DATED: December 19, 2017        PHILLIP A. TALBERT
                                United States Attorney

                                */s/ Lynn Trinka Ernce*
                                LYNN TRINKA ERNCE
                                Assistant United States Attorney

DATED: December 20, 2017        LAW OFFICES OF JOSEPH A. WELCH

                                */s/ Joseph A. Welch*
                                JOSEPH A. WELCH
                                Attorney for Plaintiffs

## **ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the Scheduling Order (ECF No. 3) shall be modified as follows:

|  | Original Date | Amended Date |
|---|---|---|
| Discovery Cutoff | December 26, 2017 | April 27, 2018 |
| Expert Reports Due | February 21, 2018 | August 27, 2018 |
| Supplemental Expert Reports | March 23, 2018 | September 27, 2018 |
| Dispositive Motion Deadline | June 25, 2018 | October 24, 2018 |

IT IS SO ORDERED.

Dated: January 3, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE