| | |
|---|---|
| 1 McGREGOR W. SCOTT<br>United States Attorney<br>2 LYNN TRINKA ERNCE<br>Assistant United States Attorney<br>3 501 I Street Suite 10-100<br>Sacramento, CA 95814<br>4 Telephone: (916) 554-2720<br>Facsimile: (916) 554-2900<br>5<br>6 Attorneys for United States of America | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER SUZANNE McKA and<br>JAMES MICHAEL McKA,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | CASE NO. 2:16-CV-03005 MCE EFB<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE; ORDER** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties to this action, by and through their respective counsel, stipulate that this entire action shall be dismissed with prejudice with each party to bear their or its own fees and costs.

DATED: March 9, 2018

McGREGOR W. SCOTT
United States Attorney

*/s/ Lynn Trinka Ernce*
LYNN TRINKA ERNCE
Assistant United States Attorney

DATED: March 10, 2018

LAW OFFICES OF JOSEPH A. WELCH

*/s/ Joseph A. Welch* (as authorized on 3/10/2018)
JOSEPH A. WELCH
Attorney for Plaintiffs

## ORDER

Pursuant to the stipulation of the parties and Rule 41(a)(1)(A)(ii), this action is hereby DISMISSED with prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated: March 17, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE